IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA
ERIE DIVISION

| | |
|---|---|
| STEPHEN WEAVER,<br><br>    Plaintiff<br><br>vs.<br><br>WELLPATH, LLC,<br><br>    Defendant | 1:23-CV-00258-RAL<br><br>RICHARD A. LANZILLO<br>Chief United States Magistrate Judge<br><br>ORDER GRANTING UNOPPOSED<br>MOTION TO DISMISS<br><br>ECF NO. 36 |

AND NOW, this 26th day of August, 2025, upon consideration of the motion to dismiss or in the alternative for judgment on the pleadings filed by defendant Wellpath, LLC, (ECF No. 36) and further noting that the Plaintiff Stephen Weaver does not oppose the motion and the relief requested therein (ECF No. 36-1), the motion is GRANTED.[1]

Accordingly, it is ORDERED that Defendant Wellpath, LLC, is hereby DISMISSED with prejudice from this action due to discharge in bankruptcy. Further, as no defendants remain in this action, the Clerk shall mark the case CLOSED on the Court's docket.

BY THE COURT:

_____
RICHARD A. LANZILLO
CHIEF UNITED STATES MAGISTRATE JUDGE

---

[1] The parties have consented to the jurisdiction of an United States Magistrate Judge in these proceedings. *See* 28 U.S.C. § 636(c).